UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NATASHA D.,

                Plaintiff,

v.                                                                                            3:23-CV-0330
                                                                                              (ML)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

                Defendant.
_____

APPEARANCES:                                                          OF COUNSEL:

LACHMAN, GORTON LAW FIRM                                              PETER A. GORTON, ESQ.
 Counsel for the Plaintiff
 P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

SOCIAL SECURITY ADMINISTRATION                                        GEOFFREY M. PETERS, ESQ.
 Counsel for the Defendant                                            Special Assistant United States
6401 Security Boulevard                                               Attorney
Baltimore, Maryland 21235

MIROSLAV LOVRIC, United States Magistrate Judge

### CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Geoffrey M. Peters, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through counsel Peter A. Gorton, having

consented to the within order and the requested remand (Dkt. No. 9), and the Court having considered the matter,

IT IS on this 16th day of June, 2023,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: June 16, 2023
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge